UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In re: Joann Cook

Debtor(s)

Case No.: 3:14-bk-03916
Judge: Marian F. Harrison
Chapter 11

MONTHLY OPERATING REPORT FOR MONTH ENDED 9-1-15 → 9-30-15

Operating Report for the period commencing _____ , Debtor-In-Possession, submits its Monthly as shown by the report and ending exhibits consisting of _____ pages and containing the following, as indicated:

____ Status of Insurance and Postpetition Payments (Attachment 1)
____ Reconciliation of Cash and Detailed Listing of Receipts (Attachment 2)
____ Detailed Listing of Disbursements (Attachment 3)
____ Schedule of Postpetition Liabilities (Attachment 4)
____ Summary of Accounts Receivable (Attachment 5)

I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief.

Date: _____

DEBTOR-IN-POSSESSION

By: /s/ Joann Cook
       (name of signer)

/s/ Arthur James B. Cook
       (name of signer)

Title: _____

Address: 3449 Smithtown Rd.
Antioch, T.N. 37013

Telephone Number: (615) 840-7147
Fax Number: (615) 840-7147
Email Address: joannecook1968@yahoo.com

REV 10/2004

1

CHAPTER 11
MONTHLY OPERATING REPORT
STATUS OF INSURANCE AND PAYMENTS TO PROFESSIONALS

CASE NAME: Joann Cook

CASE NUMBER: 3:14-bk-03916

MONTH OF: 9-1-15 → 9-30-15

1. **Insurance:** Is coverage in effect for all tangible assets ___ Are payments current? ___ If any policy has lapsed, been replaced or renewed, state so in the schedule below. Attach a copy of the new policy's binder or cover page.

| Type | Name of Carrier | Coverage Amount | Policy # | Expiration Date | Premium Amounts | Date Pd. Thru |
|---|---|---|---|---|---|---|
| 2499 Shukutowa Antioch Tn Homeowners | State Farm | 104,400 | KK-1209-9 | 5/11/15 | 1,104.⁰⁰ | 5/12/2016 |
| 1511-25 St Rental property | State Farm | 550,900 | 99-8208-3 | 2/28/15 | 2,063.⁰⁰ | 2/28/2016 |
| 1504-25 St | State Farm | 498,500 | 99 W-7812-4 | 7/29/14 | 1,844.⁰⁰ | 7/29/16 |
| Liability Fxd 2005 Exp | State Farm | AL | 730-F20-42 | 12/20/14 | $25.4 | 12/00/15 |
| Vehicle Toyota Runs | State Farm | LL | 108-B06-4A | 8/15/14 | 325.06 | 2/5/16 |
| Other (specify): | | | | | | |

2. **Postpetition Payments:** List any postpetition payments to professionals and payments on prepetition debts in the schedule below (attach separate sheet if necessary)

| Payments To/On | Amount | Date | Check # | Order Date |
|---|---|---|---|---|
| Professionals (attorneys, accountants, etc.): | | | | |
| | | | | |
| | | | | |
| Prepetition debts: | | | | |
| | | | | |
| | | | | |

REV 10/2004

# CHAPTER 11
## MONTHLY OPERATING REPORT
### RECONCILIATION OF CASH AND DETAILED LISTING OF RECEIPTS

CASE NAME: Joann Cook

CASE NUMBER: 3:14-bk-03916

MONTH OF: 9-1-15 → 9-30-15

BANK NAME: First TN.     ACCOUNT #: XXX6672

Beginning cash balance (as of filing date for first report, ending balance from previous report)    13,205.12

Add: All receipts for month (must agree to total of listing provided below)    9,764.58

Deduct: All disbursements for month (must agree to total shown on Attachment 3)    16,599.35

Ending cash balance    6,370.31

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|---|---|---|---|
| 9/1/15 | OPM Treas. 310XX | Retirement | 2,072.18 |
| 9/1/15 | OPM Treas. 310XX | Retirement | 1,715.00 |
| 9/2/15 | District of Colu. | Rent | 1,226.00 |
| 9/2/15 | District of Colu | Rent | 927.00 |
| 9/3/15 | Community Connections | Rent | 1,086.00 |
| 9/4/15 | Cook's Pest Control | Refund | 35.00 |
| 9/11/15 | Renters Paiton from sec. 8 | Rent | 115.00 |
| 9/16/15 | SSA Treas 310XX | Retirement | 1,685.50 |
| 9/22/15 | from Renter | Rent | 455.00 |
| 9/22/15 | from Renter | Rent | 450.00 |
|  |  | Total receipts | 9,764.68 |

REV 10/2004

(#1)

ATTACHMENT 3

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: Joann Cook

CASE NUMBER: 3:14-bk-039

MONTH OF: 9-1-15 → 9-30-15

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | | Amount |
|---|---|---|---|---|
| 9/1/15 | Debit | Harriet Ave. Conc. Co. | | 7,750.00 |
| 9/1/15 | Auto Debit | State Farm Ins., Inc. | | 141.94 |
| 9/2/15 | Debit | Wal-Mart | | 142.72 |
| 9/8/15 | Debit | Wal-Mart | | 461.00 |
| 9/8/15 | Debit | Wal. next computer | | 58.38 |
| 9/14/15 | Debit | Kroger | | 92.65 |
| 9/15/15 | Debit | Servi-Tech, LL | | 249.00 |
| 9/15/15 | Debit | UPS Store | | 15.44 |
| 9/15/15 | Debit | Met. Water | | 22.56 |
| 9/16/15 | Debit | AMT uk | | 372.00 |
| 9/16/15 | Debit | A.g. Cash | | 11.20 |
| 9/16/15 | Debit | UPS Store | | 9.33 |
| 9/21/15 | Debit | Brught and Lewis | | 85.48 |
| 9/21/15 | Debit | KWIK Top | | 28.35 |
| 9/22/15 | 497 | Washington Gas | | 52.00 |
| 9/23/15 | Debit | UPS Store | | 13.55 |

REV 10/2004                                    Total Disbursement

CHAPTER 11
MONTH[LY] OPERATING R[E]PORT
DETAILED L[IS]TING OF DISBU[R]SEMENTS

CASE NAME: JoAnn Cook

CASE NUMBER: 3:14-bk-03911

MONTH OF: 9-1-15 → 9-30-15

Detail of Disbursements:

| Date | Check # | Paid To | In Payment Of | Amount |
|---|---|---|---|---|
| 9/23/15 | 499 | Pep[co] | Elec. | 84.92 |
| 9/23/15 | 498 | Pep[co] | Elec. | 17.00 |
| 9/24/15 | Debit | Dollar | [Gene]ral | 40.81 |
| 9/24/15 | Debit | UPS | Store | 33.09 |
| 9/25/15 | Debit | KMart | | 33.38 |
| 9/28/15 | Debit | KR[o]ger | | 112.38 |
| 9/28/15 | 502 | AT&T | Phone | 154.64 |
| 9/30/15 | Debit | South[ea]st | | 277.00 |
| 9/30/15 | Debit | Seq[uo]ia | [Sh]uttle F[ee] | 86.00 |
| 9/30/15 | Debit | Sou[theast] | [Sha]lecl | 277.00 |
| 9/30/15 | Debit | State [Fa]rm Inc. | | 141.94 |
| 9/11/15 | 488 | MH | | 250.00 |
| 9/14/15 | 489 | D.C. [Wa]ter & Sewer | | 285.19 |
| 9/14/15 | 490 | DC W[a]ter & Sewer | | 94.58 |
| 9/10/15 | 491 | DC Treasur[er] | | 200.00 |
| 9/4/15 | 492 | Rehab [Inc.] | [Rent] #3 & 1 | 1,200.00 |

REV 10/2004                                    [T]otal Disbursement

(#3)

ATTACHMENT 3

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: Joanne Cook

CASE NUMBER: 3:14-bk-03916

MONTH OF: 9-1-15 → 9-30-15

Detail of Disbursements:

| Date | Check # | To/In Payment Of | | Amount |
|---|---|---|---|---|
| 9/23/15 | 494 | Rosenau LLP | | 1,966.25 |
| 9/25/15 | 495 | Comcast | | 138.25 |
| 9/24/15 | 496 | Braxton Trash | | 116.33 |
| 9/21/15 | 500 | 1569-Levin | Apt Repair (2849 Shakertown) | 375.00 |
| 9/21/15 | 501 | Robert N | one - Nadene | 110.00 |
| 9/29/15 | 504 | Water Heater | #3, D.C. Rochester Plumber Taylor | 1,160.00 |

Total Disbursements: 16,599.35

REV 10/2006

# SUMMARY OF ACCOUNTS RECEIVABLE

CASE NAME: Joann Cook
CASE NUMBER: 3:14-bk-03916

DATE OF FILING: 5/15/14

MONTH ENDED: 9-1-15 — 9-30-15

| | TOTAL | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |
| MONTH: | | | | | |
| Allowance for doubtful accounts | N/A | | | | |

ATTACHMENT 4
REV 10/2004

CASE NAME: Joanne Cook
CASE NUMBER: 3:14-bk-03916

MONTH ENDED: 9-1-15 → 9-30-15

| | DATE INCURRED | DATE DUE | TOTAL DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| **TAXES PAYABLE** | | | | | | | |
| Federal Income Tax | NA | | | | | | |
| FICA | NA | | | | | | |
| Unemployment Tax | NA | | | | | | |
| Sales Tax | NA | | | | | | |
| Personal Property Tax | NA | | | | | | |
| **TOTAL TAXES PAYABLE** | NA | | | | | | |
| ACCRUED INTEREST PAYABLE | NA | | | | | | |
| POSTPETITION UNSECURED DEBT | NA | | | | | | |
| TRADE ACCOUNTS PAYABLE & OTHER: (list separately)* | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTALS** | NA | | | | | | |

* Attach separate page if necessary.



**FIRST TENNESSEE.**
P.O. BOX 84
MEMPHIS TN 38101

Return Service Requested

00002471 TFTSTRMT100215111255 17 000000000 004 P


JOANN COOK
DEBTOR IN POSSESSION
BK 313 06485
3449 SHAKERTOWN RD
ANTIOCH TN 37013-1035

| | PREMIER CHECKING |
|---|---|

### CUSTOMER INFORMATION
| ACCOUNT NUMBER | 187576572 |
|---|---|
| STATEMENT DATE | 09/30/15 |

### CUSTOMER SERVICE INFORMATION
- Customer Service: 1-800-382-5465
- Visit Us Online: www.firsttennessee.com
- Follow Us On Facebook!
- Follow Us On Twitter!

### ACCOUNT SUMMARY
| | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 08/31/15 | $14,_.41 |
| 11 DEPOSITS TOTALING | | $9,_.85 |
| 39 WITHDRAWALS TOTALING | | $16,_.23 |
| NEW BALANCE | 09/30/15 | $7,_.03 |

### INTEREST SUMMARY
| ANNUAL PERCENTAGE YIELD EARNED | 0.01% |
|---|---|
| BASED ON AN AVERAGE COLLECTED BALANCE | $10,620.08 |
| INTEREST EARNED | $0.17 |

## CHECKING ACCOUNT TRANSACTIONS
FOR THE PERIOD FROM 09/01/15 THROUGH 09/30/15

### ACCOUNT HISTORY

| DATE | AMOUNT | DESCRIPTION | | CARD # |
|---|---|---|---|---|
| 09/01 | $2,072.18 | DEPOSIT -OPM1 TREAS 310 XXCIV SERV XXXXXXXXXXXX | | 0000 |
| 09/01 | $1,715.00 | DEPOSIT -OPM1 TREAS 310 XXCIV SERV XXXXXXXXXXXX | | 0000 |
| 09/01 | $7,750.00 | MISC. DEBIT | | 0000 |
| 09/01 | $141.94 | WITHDRAWAL -STATE FARM R( SFPP 11 S 1035906911 | | 0000 |
| 09/02 | $1,225.00 | DEPOSIT -DISTRICT OF COLU DEPOSIT 007347 | | 0000 |
| 09/02 | $927.00 | DEPOSIT -DISTRICT OF COLU DEPOSIT 007347 | | 0000 |
| 09/03 | $1,085.00 | DEPOSIT -COMMUNITYCONN CHECKING 456616051 | | 0000 |
| 09/04 | $35.00 | DEPOSIT | | 0000 |
| 09/08 | $142.72 | PURCHASE - WAL-MART #50! ANTIOCH TN DATE 09/04REF # 24226387RBL| | 17N | 8744 |
| 09/08 | $481.00 | PURCHASE - WAL-MART #50! ANTIOCH TN DATE 09/04REF # 24455017P43/ | RX | 8744 |
| 09/08 | $58.38 | PURCHASE - WAL-MART #50! ANTIOCH TN DATE 09/04REF # 24226387RBL| | 4D | 8744 |
| 09/11 | $115.00 | DEPOSIT | | 0000 |
| 09/14 | $72.65 | PURCHASE - KROGER #574 NASHVILLE TN DATE 09/11REF # 24445007Y8P| | '2W | 8744 |
| 09/15 | $249.00 | PURCHASE - SENSEI-TECH L 844-6401412 NV DATE 09/12REF # 2470174817HE | SG | 8744 |



Member FDIC

PAGE 1 OF 7

0  171 0249355 0001 0004 TFTST  MT100215111255LTR09X817      000243054

Case 3:14-bk-03916  Doc 38  Filed 10/15/15  Entered 10/15/15 14:49:36  Desc Main
Document      Page 9 of 15

# EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

**TOTAL OUTSTANDING CHECKS** $

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

4 Adjust the balance reported on this statement to your records.

a. BALANCE OF YOUR FUNDS reported on this statement.* $ _____

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____

c. TOTAL $ _____

d. SUBTRACT the total of outstanding checks or withdrawals listed in your check register but not shown on this statement. − _____

e. Result is your current balance and should equal the amount in your check register.* $ _____

\* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

## FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE

3 will result in an increase in the INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.

The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve in Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

## BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
• Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SAVINGS TRANSACTION RECORD

### INSTRUCTIONS
1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT | | | |
|---|---|---|---|
|  | WITHDRAWALS | DEPOSITS | BALANCE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**FIRST TENNESSEE.**
P.O. BOX 84
MEMPHIS TN 38101

JOANN COOK

| | | PREMIER CHECKING | |
|---|---|---|---|
| | | CUSTOMER INFORMATION | |
| ACCOUNT NUMBER | | | *****6572 |
| STATEMENT DATE | | | 09/30/15 |

## ACCOUNT HISTORY (continued)

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 09/15 | $15.44 | PURCHASE - THE UPS STORE NASHVILLE TN DATE 09/14 REF # 24692168200WSY | 8744 |
| 09/15 | $22.56 | WITHDRAWAL -METRO WATER UT BILL 0097285300 | 0000 |
| 09/16 | $1,685.50 | DEPOSIT -SSA TREAS 310 XXSOC SEC XXXXXXXXXXXX | 0000 |
| 09/16 | $372.00 | PURCHASE - AMTRAK TELEP2 WASHINGTON DC DATE 09/14 REF # 247926282KEBV | 8744 |
| 09/16 | $11.20 | PURCHASE - AMTRAK TELEP2 WASHINGTON DC DATE 09/14 REF # 247926282KEBO | 8744 |
| 09/16 | $9.33 | PURCHASE - THE UPS STORE NASHVILLE TN DATE 09/15 REF # 24692168500DIX | 8744 |
| 09/21 | $85.45 | PURCHASE - GREYHOUND LIN 214-849-8966 TX DATE 09/17 REF # 24692168500LV | 8744 |
| 09/21 | $28.35 | PURCHASE - KWIK STOP HOL NASHVILLE TN DATE 09/19 REF # 24431068760QB | 8744 |
| 09/22 | $455.00 | DEPOSIT | 0000 |
| 09/22 | $450.00 | DEPOSIT | 0000 |
| 09/22 | $52.00 | WITHDRAWAL -WASHGAS CHECKPAYMT 0497 | 0000 |
| 09/23 | $13.55 | PURCHASE - THE UPS STORE NASHVILLE TN DATE 09/22 REF # 24692168A00TK | 8744 |
| 09/23 | $84.92 | WITHDRAWAL -POTOMAC ELEC CHECKPAYMT 0499 | 0000 |
| 09/23 | $17.00 | WITHDRAWAL -POTOMAC ELEC CHECKPAYMT 0498 | 0000 |
| 09/24 | $40.81 | PURCHASE - DOLLAR GENER NASHVILLE TN DATE 09/22 REF # 24445008A2XDIJ | 8744 |
| 09/24 | $33.09 | PURCHASE - THE UPS STORE NASHVILLE TN DATE 09/23 REF # 24692168B00AB | 8744 |
| 09/25 | $23.38 | PURCHASE - KMART 3644 NASHVILLE TN DATE 09/23 REF # 24138298BLL9G | 8744 |
| 09/28 | $112.38 | PURCHASE - KROGER #520 ANTIOCH TN DATE 09/26 REF # 24445008Q8PNE | 8744 |
| 09/28 | $154.64 | WITHDRAWAL -AT&T Services CHECKPAYMT 0502 | 0000 |
| 09/30 | $277.00 | PURCHASE - SOUTHWES 52 800-435-9792 TX DATE 09/28 REF # 24692168G0085 | 8744 |
| 09/30 | $86.00 | PURCHASE - SUPERSHUTTLE 8002583826 VA DATE 09/28 REF # 24493988GHHC9X | 8744 |

Member
FDIC



PAGE 3 OF 7

Case 3:14-bk-03916 Doc 38 Filed 10/15/15 Entered 10/15/15 14:49:36 Desc Main Document Page 11 of 15



**FIRST TENNESSEE.**
P.O. BOX 84
MEMPHIS TN 38101

JOANN COOK

| | PREMIER CHECKING |
|---|---|

**CUSTOMER INFORMATION**

| ACCOUNT NUMBER | *****8572 |
|---|---|
| STATEMENT DATE | 09/30/15 |

## ACCOUNT HISTORY (continued)

| DATE | AMOUNT | DESCRIPTION | | CARD # |
|---|---|---|---|---|
| 09/30 | $277.00 | PURCHASE - SOUTHWEST 800-435-9792 TX DATE 09/28 REF # 24692168G0IP4D | | 8744 |
| 09/30 | $141.84 | WITHDRAWAL -STATE FARM I SFPP 11 S 1035906911 17 | | 0000 |
| 09/30 | $0.17 | INTEREST EARNED | | 0000 |

## CHECKS PAID SUMMARY

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/11 | 488 | $250.00 | 09/04 | 492 | $1,200.00 | 09/14 | 496 | $116.33 |
| 09/14 | 489 | $285.19 | 09/11 | 493 | $250.00* | 09/21 | 500* | $375.00 |
| 09/14 | 490 | $74.58 | 09/23 | 494 | $1,966.25 | 09/21 | 501 | $110.00 |
| 09/10 | 491 | $200.00 | 09/25 | 495 | $138.15 | 09/29 | 504* | $1,150.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/01 | $10,002.65 | 09/02 | $12,154.65 | 09/03 | $13,139.65 | 09/04 | $12,074.85 |
| 09/08 | $11,412.55 | 09/10 | $11,212.55 | 09/11 | $10,627.55 | 09/14 | $10,395.13 |
| 09/15 | $10,108.13 | 09/16 | $11,401.10 | 09/21 | $10,802.30 | 09/22 | $11,655.30 |
| 09/23 | $9,573.58 | 09/24 | $9,383.35 | 09/25 | $9,221.82 | 09/28 | $8,954.80 |
| 09/29 | $7,804.80 | 09/30 | $7,023.03 | | | | |

## INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND FIRST CHECK TRANSACTIONS SHOULD BE DIRECTED TO (615)748-8380.
*TO REPORT A LOST/STOLEN FIRST CHECK CARD CALL (615)748-8380 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUND TRANSFER TO (615)734-6000.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, FIRST CHECK TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST TENNESSEE BANK N.A. NASHVILLE
P.O. BOX 28100
NASHVILLE, TN 37202

## IMPORTANT TAX INFORMATION

NOTICE: YOUR 1ST TENN. ACCOUNT HAS EARNED AND PAID YTD: $5.18
THE YEAR TO DATE INTEREST IS REPORTED FOR TAX PURPOSES.

Case 3:14-bk-03916    Doc 38    Filed 10/15/15    Entered 10/15/15 14:49:36    Desc Main
Document      Page 12 of 15



**FIRST TENNESSEE.**
P.O. BOX 84
MEMPHIS TN 38101

JOANN COOK

| | PREMIER CHECKING |
|---|---|
| | C STOMER INFORMATION |
| ACCOUNT IUMBER | ***6572 |
| STATEMEI T DATE | 08/30/15 |

| A MESSAGE F | YOU |
|---|---|
| NEW FIRST LINK AGENT HOURS | |
| EFFECTIVE OCTOBER 4,2015, OUR FIRST LINK CL | OMER SERVICE REPR SENTATIVES |
| WILL BE AVAILABLE TO ASSIST YOU DURING THE | W HOURS OF OPERA ON LISTED |
| MONDAY - FRIDAY: 7:00 A.M. - 10:00 P.M. EASTER | |
| SATURDAY: 8:00 A.M. - 5:00 P.M. EASTERN | |
| SUNDAY: CLOSED | |
| AS ALWAYS, YOU HAVE 24/7 ACCESS TO THE AU | IATED INFORMATION VAILABLE |
| VIA FIRST LINK AT 800-382-5465 AS WELL AS TO ' | R ACCOUNT-SPECIFI |
| INFORMATION USING BANKING ONLINE OR MOBI | ANKING. NOT A BAN ING |
| ONLINE CUSTOMER? TO ENROLL, VISIT FTB.CO| | ROLL. |



PAGE 5 OF 7
1471 0249357 0003 0004 TPTS IMT100215111266LTR08X917 000243084

Case 3:14-bk-03916 Doc 38 Filed 10/15/15 Entered 10/15/15 14:49:36 Desc Main
Document Page 13 of 15



**P.O. BOX 84
MEMPHIS TN 38101**

| | PREMIER CHECKING |
|---|---|
| **ACCOUNT NUMBER** | *****6572 |
| **STATEMENT DATE** | 08/30/15 |

JOANN COOK

CK 0488 REF 82829323 PD 09/11 AMT $250.00
0489 REF 82881562 PD 09/14 AMT $285.19
CK 0490 REF 82881563 PD 09/14 AMT $74.68
0491 REF 82755847 PD 09/11 AMT $200.00
CK 0492 REF 05642942 PD 09/04 AMT $1,200.00
0493 REF 06127374 PD 09/11 AMT $250.00
CK 0494 REF 82760990 PD 09/23 AMT $1,968.25
0495 REF 82851286 PD 09/21 AMT $138.15
CK 0496 REF 82838795 PD 09/24 AMT $116.33
0500 REF 05011461 PD 09/21 AMT $375.00

Case 3:14-bk-03916  Doc 38  Filed 10/15/15  Entered 10/15/15 14:49:36  Desc Main
Document  Page 14 of 15



**FIRST TENNESSEE.**
P.O. BOX 84
MEMPHIS TN 38101

JOANN COOK

| | |
|---|---|
| PREMIER CHECKING | |
| CUSTOMER INFORMATION | |
| ACCOUNT NUMBER | *****6572 |
| STATEMENT DATE | 09/30/15 |

CK 0501 REF 08267213 PD 09/21 AMT $110.00

504 REF 92136552 PD 09/29 AMT $1,150.00

Case 3:14-bk-03916   Doc 38   Filed 10/15/15   Entered 10/15/15 14:49:36   Desc Main
Document    Page 15 of 15